**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WHELAN, ) | CASE NO. CV 11-01628 SVW (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| KELLY HARRINGTON, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of TIMOTHY WHELAN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 5, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE